IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DUPAGE HOUSING AUTHORITY, an Illinois
municipal corporation, and FOREST PRESERV[E]
DISTRICT OF DUPAGE COUNTY,

Plaintiffs,

v.

VILLAGE OF OAK BROOK, an Illinois munic[ipal]
corporation,

Defendant.

No. 03 C 2621

Judge Zagel

## MOTION TO ENTER JUDGMENT ON COUNTS IV AND V

NOW COMES Defendant, VILLAGE OF OAK BROOK ("the Village"), an Illinois municipal corporation, by and through its attorneys, DeAno & Scarry, LLC, and for its Motion to Enter Judgment on Counts IV and V in favor of the VILLAGE OF OAK BROOK, states as follows:

1. On August 4, 2008, the Court commenced trial on Counts I, II, IV and V of Plaintiffs' Second Amended Complaint.

2. Counts IV and V were submitted to the jury for its determination while Counts I and II were to be ruled on by the Court.

3. On August 15, 2008, the jury found in favor of the Village on Counts IV and V and the Court indicated that it would enter judgment on Counts IV and V at a later date.

4. The Village respectfully requests that the Court enter judgment in favor of the Village on Counts IV and V.

1

WHEREFORE, in light of the foregoing, Defendant, VILLAGE OF OAK BROOK, prays that this Court enter Judgment on Counts IV and V in favor of the VILLAGE OF OAK BROOK and for such further relief as the Court deems proper.

By: s/ Howard P. Levine

Howard P. Levine
DeANO & SCARRY
2100 Manchester Road, Suite A-101
Wheaton, Illinois 60187
(630) 690-2800
Attorney No. 06180161

S:\Case Files\11602.DuPage Housing Authority\pldgs\11602.Enter Judgment.2008.08.22.doc